```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
ARTIST PUBLISHING GROUP, LLC, *et al.*,                            :
                                                                   :
                                                Plaintiffs,        :     1:24-cv-5462-GHW
                                                                   :
                        -v -                                       :     ORDER REFERRING CASE
                                                                   :     TO MAGISTRATE JUDGE
PHILADELPHIA 76ERS, L.P., *et al.*,                                :
                                                                   :
                                                Defendants.        :
                                                                   :
------------------------------------------------------------------ X

The above entitled action is referred to a United States magistrate judge for the following purpose:

✓ General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific non-dispositive motion/dispute: _____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement

___ Inquest after default/damages hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)

    Purpose: _____

___ Habeas corpus

___ Social Security

___ Dispositive motion (*i.e.*, motion requiring Report and Recommendation)

    Specific motion: _____

    All such motions: ___

SO ORDERED.

Dated: January 13, 2025
       New York, New York

                                                             _____
                                                             GREGORY H. WOODS
                                                             United States District Judge