UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Artist Publishing Group, LLC, et al.
Plaintiffs,
v.
Philadelphia 76ers, L.P.,
Defendant.
Case No. 1:24-cv-05462-GHW-BCM

PLAINTIFF'S (OR INTERESTED PARTY'S) MOTION TO REOPEN CASE AND VACATE DISMISSAL UNDER FED. R. CIV. P. 60(b)

TO THE HONORABLE COURT:

Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, Movant respectfully moves this Court to vacate its Order of Discontinuance (Doc. 80, Apr. 29, 2025) and subsequent dismissal with prejudice (Doc. 86, May 29, 2025) in the above-captioned matter. Good cause exists to reopen this case due to newly discovered evidence, fraud, and misrepresentation that materially affected the outcome and integrity of the prior proceeding.

I. BACKGROUND

1. On July 18, 2024, plaintiffs Artist Publishing Group, Kobalt Music Publishing America, Inc., MXM Music AB, Prescription Songs, LLC, and others filed this copyright action against Philadelphia 76ers, L.P. for unauthorized public performance and related infringement claims.

2. The case was coordinated with eleven related actions involving other NBA franchises under In re Kobalt Music Publishing America, Inc., Coordinated Copyright Cases.

3. On April 29, 2025, the Court conditionally discontinued the case pending settlement. No public stipulation of settlement was filed, and certain discovery materials were sealed.

4. Movant has since obtained evidence indicating that material facts were concealed from the Court and from the Register of Copyrights at the time of settlement, including evidence of false

ownership filings and concealed royalty transfers through Prescription Songs, Kobalt, and MXM entities.

II. GROUNDS FOR RELIEF UNDER RULE 60(b)

1. Rule 60(b)(2) – Newly Discovered Evidence.
Documents and forensic data obtained after April 2025 show that copyright registrations and royalty statements referenced in the coordinated actions were based on misattributed works and false chain-of-title declarations.

2. Rule 60(b)(3) – Fraud, Misrepresentation, or Misconduct.
Parties to the settlement allegedly withheld authorship information and misrepresented catalog ownership to secure a favorable pro rata settlement distribution, thereby committing fraud upon the Court.

3. Rule 60(b)(4) – Void Judgment.
Because standing to sue depended on the authenticity of the copyrights asserted, the dismissal was entered under a void premise if ownership was fraudulent ab initio.

4. Rule 60(b)(6) – Any Other Reason Justifying Relief.
The extraordinary public-interest nature of this case—linking private music-publishing control to publicly funded sports franchises—warrants judicial review to prevent ongoing harm and preserve confidence in the judicial process.

III. REQUESTED RELIEF

Movant respectfully asks the Court to:

1. Vacate the May 29 2025 dismissal order (Doc. 86) and reinstate this action to the active docket;

2. Authorize limited discovery on the issues of authorship, royalty transfers, and settlement proceeds;

3. Direct the Clerk to notify the Register of Copyrights of the reopened status pursuant to 17 U.S.C. § 508; and

4. Grant such further relief as justice requires.

IV. CONCLUSION

For the foregoing reasons, Movant prays that this Court grant relief under Fed. R. Civ. P. 60(b), reopen the case, and vacate the prior dismissal to address the fraud and concealment that undermined the integrity of these coordinated proceedings.

No exhibits are attached to this filing. Movant reserves the right to supplement this motion with supporting materials if directed by the Court.

Dated: October 30 2025
Respectfully submitted,
Jonna Johnson
Pro Se

CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2025, I served a true and correct copy of the foregoing Motion to Reopen Case and Vacate Dismissal under Fed. R. Civ. P. 60(b) by electronic mail upon counsel for Defendant at the following addresses:

David S. Slovick, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Email: David.Slovick@srz.com

Benjamin T. Pendroff, Esq.
Schulte Roth & Zabel LLP
Email: Benjamin.Pendroff@srz.com

Anna Kalinina, Esq.
Schulte Roth & Zabel LLP
Email: Anna.Kalinina@srz.com

Counsel for Defendant Philadelphia 76ers, L.P.

I further certify that the same document was submitted by email to the Court's Pro Se Intake Unit at Temporary_Pro_Se_Filing@nysd.uscourts.gov for filing in the above-captioned matter.

Date: 11/01/2025
Signature: Jonna Johnson
Jonna Johnson
TheStartagainpublishing@gmail.com