USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
ARTIST PUBLISHING GROUP, LLC, *et al.*,          :
:
                                  Plaintiffs,     :      1:24-cv-5462-GHW
:
                -v -                               :      <u>ORDER</u>
:
PHILADELPHIA 76ERS, L.P., *et al.*,              :
:
                                Defendants      :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On October 31, 2025, Jonna Johnson filed a motion to vacate the Court's May 29, 2025 dismissal order and to reopen this case. Dkt. No. 90 (the "Motion"). Ms. Johnson appears *pro se* and describes herself alternately as "Plaintiff" and an "Interested Party." Motion at 1. Plaintiffs and Defendants are directed to file a response to the Motion no later than November 12, 2025. The parties' response may be jointly composed. Any reply by Ms. Johnson to the parties' response is due no later than November 24, 2025.

The Clerk of Court is directed to mail a copy of this order to Ms. Johnson.

SO ORDERED.

Dated: November 6, 2025
       New York, New York

                                                          GREGORY H. WOODS
                                               United States District Judge